United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10218-mdc
Joseph J. Jones                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1              Date Rcvd: Apr 04, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db             +Joseph J. Jones,    161 Green Street,    Sellersville, PA 18960-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph J. Jones jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Debtor Joseph J. Jones ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: JOSEPH J. JONES    )
    **Debtor**    )
    )    CHAPTER 13
SANTANDER CONSUMER USA INC.    )
    **Moving Party**    )    Case No.: 17-10218 (MDC)
    )
  v.    )    **Hearing Date: 2-20-18 at 10:30 AM**
    )
JOSEPH J. JONES    )    11 U.S.C. 362
    **Respondent**    )
    )
WILLIAM C. MILLER    )
    **Trustee**    )
    )
    )

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the MOTION FOR STAY RELIEF, and filed on or about March 15, 2018, in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: April 4, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE