# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Joseph J. Jones**<br>    Debtor<br><br>**Ditech Financial LLC**<br>    Movant<br>v.<br>**Joseph J. Jones**<br>    Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 17-10218-MDC**<br><br>**Chapter 13**<br><br><br>**Hearing Date: April 30, 2019**<br>**Hearing Time: 10:30 a.m.**<br>**Location: 900 Market Street,**<br>**Courtroom 2, Philadelphia, PA**<br>**19107** |

## **NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Ditech Financial LLC has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at **161 Green Street, Sellersville, PA 18960** and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **April 9, 2019, you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

    (a)  File an answer explaining your position at:

    **United States Bankruptcy Court**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the date states above; and

      (b)  Mail a copy to the movant's attorney:

> Lauren B. Karl, Esquire
> P.O. Box 305
> Ingomar, PA 15127
> Telephone: 973-575-0707 x 340
> Facsimile: 973-404-8886
> Email: lkarl@rascrane.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Motion is scheduled to be held before **The Honorable Magdeline D. Coleman**, **on April 30, 2019, at 10:30 a.m., in Courtroom 2, of United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you a request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office(s) in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: March 25, 2019

                                        **Robertson, Anschutz & Schneid, P.L.**

> By: /s/Lauren B. Karl
> Lauren B. Karl, Esquire
> Bar ID: 88209
> P.O. Box 305
> Ingomar, PA 15127
> Telephone: 973-575-0707 x 340
> Email: lkarl@rascrane.com

File Ref 19-249960
MFR