UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Joseph J. Jones** <br> **Debtor** <br><br> **Ditech Financial LLC** <br> **Movant** <br> v. <br> **Joseph J. Jones** <br> **Debtor/Respondent** <br><br> **William C. Miller, Esquire** <br> **Trustee/Respondent** | **Bankruptcy No. 17-10218-MDC** <br><br> **Chapter 13** |

## ORDER OF COURT

AND NOW, this 30th day of April, 2019, upon consideration of Ditech Financial LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Ditech Financial LLC; and it is further

ORDERED, that Ditech Financial LLC, its successors and/or assigns be entitled to proceed with appropriate state court remedies against the property located at 161 Green Street, Sellersville, PA 18960, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Ditech Financial LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
HON. MAGDELINE D. COLEMAN
U.S. Bankruptcy Court Judge