United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph J. Jones  
      Debtor

Case No. 17-10218-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Apr 30, 2019 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
```
db             +Joseph J. Jones,    161 Green Street,    Sellersville, PA 18960-2409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
```
          JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph J. Jones jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          LAUREN BERSCHLER KARL    on behalf of Creditor    DITECH FINANCIAL LLC lkarl@rascrane.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Debtor Joseph J. Jones ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Joseph J. Jones<br>    Debtor<br><br>Ditech Financial LLC<br>    Movant<br>v.<br>Joseph J. Jones<br>    Debtor/Respondent<br><br>William C. Miller, Esquire<br>    Trustee/Respondent | Bankruptcy No. 17-10218-MDC<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 30th day of April, 2019, upon consideration of Ditech Financial LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Ditech Financial LLC; and it is further

ORDERED, that Ditech Financial LLC, its successors and/or assigns be entitled to proceed with appropriate state court remedies against the property located at 161 Green Street, Sellersville, PA 18960, including without limitation a sheriff's sale of the property, and it is further

BKY Case No.17-10218-mdc
File Ref 19-249960
MFR

ORDERED that Ditech Financial LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
HON. MAGDELINE D. COLEMAN
U.S. Bankruptcy Court Judge