IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOSEPH J. JONES **Debtor** | |
| | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. **Moving Party** | Case No.: 17-10218 (MDC) |
| v. | |
| JOSEPH J. JONES **Respondent** | 11 U.S.C. 362 |
| WILLIAM C. MILLER **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Hyundai Sonata** bearing vehicle identification number 5NPEU4AC5AH633673 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: May 15, 2019

*Magdeline D. Coleman*
_____
UNITED STATES BANKRUPTCY JUDGE