United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10218-mdc
Joseph J. Jones                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer            Page 1 of 1         Date Rcvd: May 15, 2019
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db          +Joseph J. Jones,    161 Green Street,    Sellersville, PA 18960-2409
13861373    +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph J. Jones jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    DITECH FINANCIAL LLC lkarl@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Debtor Joseph J. Jones ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOSEPH J. JONES<br>**Debtor** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>) Case No.: 17-10218 (MDC)<br>) |
| v. | )<br>) |
| JOSEPH J. JONES<br>**Respondent** | ) 11 U.S.C. 362<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Hyundai Sonata** bearing vehicle identification number 5NPEU4AC5AH633673 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: May 15, 2019

_____
UNITED STATES BANKRUPTCY JUDGE