**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH J. JONES　　　　　　　　　　　Chapter 13

　　　　　　　　　Debtor　　　　　Bankruptcy No. 17-10218-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

　　**AND NOW**, this ___27th___ day of ___June___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

　　**ORDERED**, that any wage orders are hereby vacated.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFREY C MCCULLOUGH
16 N FRANKLIN ST
SUITE 300
DOYLESTOWN, PA 18901

Debtor:
JOSEPH J. JONES

161 GREEN STREET

SELLERSVILLE, PA 18960