United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10218-mdc
Joseph J. Jones                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jun 27, 2019
                              Form ID: pdf900             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
```
db              +Joseph J. Jones,    161 Green Street,    Sellersville, PA 18960-2409
cr              +Ditech Financial LLC fka Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                  DALLAS, TX 75254-7883
14016060        +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
                  Doylestown, PA 18901-3556
13861373        +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 28 2019 03:13:40      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 28 2019 03:13:26
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2019 03:13:38      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13899984         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 28 2019 03:25:02
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13903329         E-mail/Text: carol.franklin@ditech.com Jun 28 2019 03:13:20      Ditech Financial LLC,
                  2100 East Elliot Rd.,    Bldg. 94, Department T-120,    Tempe, AZ  85284
13924482         E-mail/Text: bankruptcy.bnc@ditech.com Jun 28 2019 03:13:23
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
13882777         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 28 2019 03:24:59
                  LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                  Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Santander Consumer USA Inc,    PO Box 961245,    Fort Worth, TX 76161-0244
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
```
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph J. Jones jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    DITECH FINANCIAL LLC lkarl@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Debtor Joseph J. Jones ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH J. JONES                              Chapter 13

                    Debtor        Bankruptcy No. 17-10218-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___27th___ day of _____June_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFREY C MCCULLOUGH
16 N FRANKLIN ST
SUITE 300
DOYLESTOWN, PA 18901


Debtor:
JOSEPH J. JONES

161 GREEN STREET

SELLERSVILLE, PA 18960